IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN CORNELIA WILHITE,<br><br>  Plaintiffs,<br>  v.<br>CITY OF BAKERSFIELD, et al.,<br><br>  Defendants. | 1:11-CV-1692  AWI JLT<br><br>ORDER VACATING DECEMBER 12, 2011, HEARING AND TAKING MATTERS UNDER SUBMISSION |

Defendants have noticed for hearing and decision four motions to dismiss under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1).  The matters are scheduled for a hearing to be held on December 12, 2011.  Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than November 28, 2011.  Plaintiff failed to do so.  Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules.  See Local Rule 230(c).  Plaintiff is no longer entitled to be heard at oral argument in opposition to the motion.  See id.  The Court has reviewed Defendants' motions and the applicable law, and has determined that the motions are suitable for decision without oral argument.  See Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 12, 2011, is VACATED, and no party shall appear at that time.  As of December 12, 2011, the Court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 6, 2011

CHIEF UNITED STATES DISTRICT JUDGE