IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN CORNELIA WILHITE,<br><br>　　　　　Plaintiffs,<br>　v.<br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　　Defendants. | 1:11-CV-1692  AWI JLT<br><br>ORDER FOR DEFENDANTS<br>TO FILE REPLY BRIEFS |

     Currently pending before the Court are multiple motions to dismiss by Defendants. Hearing on these motions was set for December 12, 2011, but that hearing was vacated due to Plaintiff's failure to follow the local rules. Specifically, Plaintiff failed to file a timely opposition or notice of non-opposition. Plaintiff is proceeding pro se.[1] On December 12, 2011, Plaintiff filed numerous documents. Several of the documents are in the nature of an opposition to the motions to dismiss, though not necessarily entitled oppositions. These filings were docketed on December 15, 2011.

     The Court will consider those documents that may be construed as an opposition to the motions to dismiss. However, because these documents were not timely filed, Defendants have not been given the opportunity to file reply memorandum. The Court will make provision for Defendants to file reply briefs.

---

[1] Although Plaintiff is pro se, the rules of court still apply to her. Plaintiff is advised that she is expected to follow the Federal Rules of Civil Procedure and the Eastern District of California Local Rules (a copy of which may be found at the Clerk's office or on-line) while proceeding in this Court.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than January 4, 2012, Defendants shall file reply memorandum in support of their motions to dismiss;
2. Defendants' reply memorandum shall address Document Numbers 25, 28, 30, and 33[2] as they may relate to the motion to dismiss; and
3. The matters remain under submission.

IT IS SO ORDERED.

Dated:   December 19, 2011

CHIEF UNITED STATES DISTRICT JUDGE

---

[2]Document 33 is a list of exhibits. It appears that these exhibits are documents that were referenced in the complaint.

2