IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN CORNELIA WILHITE, ) | Case No. 1:11-CV-01692 AWI JLT |
| ) | |
| Plaintiff, ) | ORDER CONTINUING SCHEDULING |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| CITY OF BAKERSFIELD, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

On February 1, 2011, the Court continued the scheduling conference to March 22, 2012, to allow Plaintiff sufficient time to file her amended complaint. (Doc. 53) When Plaintiff did not file her amended complaint, the Court again continued the scheduling conference to April 9, 2012, to allow her more time to file the amended complaint. (Doc. 54) Despite this, Plaintiff has not done so.

On March 21, 2012, the Honorable Anthony W. Ishii, issued an order dismissing all defendants from this matter except for Deputy Maxwell. (Doc. 64) As to Deputy Maxwell, Judge Ishii granted Plaintiff until April 20, 2012 at 4:00 p.m., to file proof of service of the summons and the operative complaint to this defendant. Id. at 3.4. Thus, as the matter stands, there is no defendant who has been served or who has appeared in this case.

On October 11, 2011, the Court advised Plaintiff, "**The Court is unable to conduct a scheduling conference until** defendants have been served with the summons and complaint." (Doc.

1

6 at 1) Thus, the Court has no choice but to, once again, continue the scheduling conference *to allow Plaintiff time to comply with Judge Ishii's order* and to allow Defendant Maxwell to appear in this matter.

**ORDER**

Therefore, the Court **ORDERS**:

1. The scheduling conference, currently set on April 9, 2012 at 9:45 a.m. is **CONTINUED** to June 22, 2012 at 9:00 a.m., at the United States Courthouse, located at 510 19th Street, Bakersfield, CA;

2. A joint scheduling conference statement, that complies with the requirements set forth in the Court's October 11, 2011 order (Doc. 6 at 2-8), SHALL be filed no later than June 15, 2012 and lodged as set forth in the October 11, 2011 order.

IT IS SO ORDERED.

Dated:   **March 22, 2012**                    /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE